IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-387-D

CYNTHIA L. STALLINGS, )
)
Plaintiff, )
)
v. ) ORDER
)
AMERICAN NATIONAL RED CROSS d/b/a )
THE ARC OF NORTHEASTERN NC, and )
FOREST RIVER, INC., )
)
Defendants. )

The court has reviewed the record and the briefs, including the motion to dismiss of American National Red Cross ("defendant"). The court DENIES defendant's motion to dismiss [D.E. 12]. Whether plaintiff's claims will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This 29 day of October 2020.

JAMES C. DEVER III
United States District Judge